# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-2221

—————————————————

JUDY ANN JEAN KEETER, et al
with Unknown Spouse,

　　Appellant,

　　v.

WELLS FARGO BANK, N.A., as
trustee, on behalf of the holders
of the Harborview Mortgage
Loan Trust Mortgage Loan
Pass-Through Certificates,
Series 2006-12,

　　Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.

September 12, 2019

PER CURIAM.

Appellee's motion to dismiss is granted. The clerk's writ of possession dated June 10, 2019, is not an appealable order. *See Cordero v. Washington Mut. Bank*, 241 So. 3d 967, 968 (Fla. 3d DCA 2018). Therefore, this appeal is dismissed for lack of jurisdiction.

LEWIS, MAKAR, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Judy Ann Jean Keeter, pro se, Appellant.

Teris McGovern of Bitman, O'Brien & Morat, PLLC, Lake Mary, for Appellee.